Criminal Appeals
of Texas.
Clerk Abel Acosta
P.O. Box 12308 capitol station
Austin Tx. 78711

Chamel Anderson
1811941 lane Murray
1916 n. Hwy 36 Bypass
gatesville tx 76596
82,572-01

January 19th 2015

RE: WR. 82,572-01

I am writing for representation
at hearing, Because I am
indigent.
     and I do wish to be represented.
by counsel.

thanks you.
respectfully

CHAMEL ANDERSON